UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FAIRWAY MEDICAL CENTER, LLC <br><br> V. <br><br> MCGOWAN ENTERPRISES, INC. D/B/A ACUTE CARE PHARMACEUTICALS | CIVIL ACTION NO.: <br> 2:16-CV-03782 <br><br> JUDGE: FALLON <br><br> MAGISTRATE: KNOWLES |

ORDER PRELIMINARILY APPROVING
SETTLEMENT AGREEMENT AND CLASS CERTIFICATION

Considering the foregoing Unopposed Motion for Preliminary Approval of Settlement and

Class Certification;

It is hereby ORDERED that the motion is GRANTED, and that:

1) A class consisting of "all persons and entities that received one or more McGowan Fax Advertisements between April 28, 2012 and November 9, 2017" is conditionally certified, under Rule 23(b)(3), for settlement purposes, against defendant McGowan Enterprises, Inc. D/B/A Acute Care Pharmaceuticals;

2) The proposed Settlement is preliminarily approved;

3) Fairway Medical Center, LLC is appointed as class representative;

4) George B. Recile, Preston L. Hayes, Ryan P. Monsour, Matthew A. Sherman, and Patrick R. Follette of the Law Office of Chehardy Sherman Williams, L.L.P. are appointed Class Counsel and Settlement Class Counsel;

5) The Garden City Group is appointed Settlement Administrator;

6) Notices, in the form submitted as Exhibit 2 to the Unopposed Motion for Preliminary Approval of Settlement and Class Certification, is authorized to class members with deadlines for Claim Submittal, Objections, and Opt-Outs set on the 26th day of February, 2018; and

1

7)      The Fairness Hearing is scheduled for 10:00 am on the 20th day of March, 2018.

Signed this _____28th_____ day of _____November_____, 2017, in New Orleans, Louisiana.


_____

*THE HONORABLE DANIEL E. KNOWLES, III*

2