UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FAIRWAY MEDICAL CENTER, LLC** | **CIV. ACTION NO. 2:16-cv-03782** |
| **V.** | **JUDGE: FALLON** |
| **MCGOWAN ENTERPRISES, INC. D/B/A ACUTE CARE PHARMACEUTICALS** | **MAGISTRATE: KNOWLES** |

**ORDER**

**CONSIDERING** the Joint Motion for the Extension of Time:

**IT IS ORDERED** that Section 2 of the Memorandum of Understanding [Rec. Doc. 49-3] be and is hereby amended to provide that the initial deposit into the Settlement Fund Account be made "Within ten (10) days of the entry of the Preliminary Approval Order, *or as soon thereafter as practically possible*" and that the deadline for said initial funding of the Settlement Fund Account be likewise extended.

**SIGNED** this 5th day of December, 2017, in New Orleans, Louisiana.

*[signature]*

**Hon. Daniel E. Knowles, III**