UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FAIRWAY MEDICAL CENTER, LLC**<br><br>**V.**<br><br>**MCGOWAN ENTERPRISES, INC. D/B/A ACUTE CARE PHARMACEUTICALS** | **CIVIL ACTION NO.: 2:16-cv-03782-EEF-DEK** |

## **ORDER**

On March 20, 2018, a Fairness Hearing was conducted to address the *Unopposed* Motion for Final Approval of Class Action Settlement (hereinafter the "Motion"). This Motion was made on the following grounds:

1. The class action settlement agreement was negotiated at arm's-length, it is not collusive, and is fair, reasonable, adequate, and in the best interests of the settlement class;

2. No members of the settlement class have objected to the proposed settlement and no class member has requested to be excluded from the proposed settlement;

3. The faxing and mailing of notice packets, the method of disseminating the same to the settlement class, and establishment of the settlement website and telephone number provided the best notice practicable under the circumstances and comply with Fed. R. Civ. P. 23(e) and due process; and

4. The settlement class meets all conditions for class certification: (a) so numerous that joinder of all members is impractical; (b) there are predominate common questions of law and fact; (c) the claims of class representative Jefferson Radiation are typical of those held by class members; (d) Jefferson Radiation and its counsel, have fairly and adequately represented and protected the interests of the class, and there are no antagonistic or

conflicting interests between Jefferson Radiation and the class; and (e) the adjudication of this case as a class action is superior to individual actions.

Further, the Motion was supported by an accompanying Memorandum of Law in Support of the Motion, a Declaration filed concurrently with said Motion, the class action Settlement Agreement previously lodged with the Court, the previously filed Motion for Preliminary Approval of Class Action Settlement, the pleadings and papers filed in this case, and on such further briefs and argument of counsel provided at the Fairness Hearing.

Considering the foregoing, it is hereby ORDERED that the *Unopposed* Motion for Final Approval of Class Action Settlement is GRANTED.

SIGNED in New Orleans, Louisiana on this 20th day of March, 2018.

_____
**DANIEL E. KNOWLES, III**
**United States District Magistrate Judge**

MJSTAR00:07